PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWNYA RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANCORP, a Delaware entity, d/b/a WWW.USBANK.COM,<br><br>    Defendants. | Case No. 3:25-cv-02029-BJC-SBC<br>Assigned to Honorable Benjamin J. Cheeks<br><br>**NOTICE OF SETTLEMENT (L.R. 40-2)**<br><br>Complaint Filed: June 27, 2025<br>Removed: August 7, 2025 |

**TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated that request for dismissal in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure will be filed within seventy-five (75) days of the date of this Notice.

Dated: September 26, 2025

PACIFIC TRIAL ATTORNEYS

By: /s/ Scott J. Ferrell
Scott J. Ferrell
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.